IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICHOLAS HUMPHREYS, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESET CONSULTING SERVICE, INC.,<br><br>Defendant. | CV 15–52–M–DLC–JCL<br><br>ORDER |

FILED
NOV 17 2016
Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 42),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The bench trial set for January 17, 2017, is VACATED.

Dated this 17th day of November, 2016.

_____
Dana L. Christensen, Chief Judge
United States District Court